No. 10-6086. Mayra Cristina De Leon-Zamora, aka Isabel Cervantes, aka Myrael Christina De Leon-Zamora, Petitioner v. United States.

562 U.S. 944, 131 S. Ct. 368, 178 L. Ed. 2d 238, 2010 U.S. LEXIS 7362.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 401.

No. 10-6087. Daniel Duran-Berroa, Petitioner v. United States.

562 U.S. 944, 131 S. Ct. 368, 178 L. Ed. 2d 238, 2010 U.S. LEXIS 7331.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-6092. Juan Adame-Orozco, Petitioner v. United States.

562 U.S. 944, 131 S. Ct. 368, 178 L. Ed. 2d 238, 2010 U.S. LEXIS 7562.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 607 F.3d 647.

No. 10-6093. Gregorio Zuniga-Holguin, Petitioner v. United States.

562 U.S. 944, 131 S. Ct. 368, 178 L. Ed. 2d 238, 2010 U.S. LEXIS 7361.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 362.

No. 10-6098. Francisco Javier Garcia-Ramirez, Petitioner v. United States.

562 U.S. 944, 131 S. Ct. 369, 178 L. Ed. 2d 238, 2010 U.S. LEXIS 7602.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 374.

No. 10-6099. Cesar Flores-Garcia, Petitioner v. United States.

562 U.S. 944, 131 S. Ct. 369, 178 L. Ed. 2d 238, 2010 U.S. LEXIS 7637.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 367.

No. 10-6100. Kelly Brenton Farley, Petitioner v. United States.

562 U.S. 945, 131 S. Ct. 369, 178 L. Ed. 2d 238, 2010 U.S. LEXIS 7591.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 607 F.3d 1294.

No. 10-6104. Faiza Maxwell, Petitioner v. United States.

562 U.S. 945, 131 S. Ct. 371, 178 L. Ed. 2d 238, 2010 U.S. LEXIS 7580.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 327.